Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence vacated and case remanded for resentencing. Jurisdiction relinquished.

MONTEMURO, J., filed a memorandum concurring statement.

473 A.2d 672

Commonwealth v. Smith, Appellant.

Submitted October 3, 1983. James S. Bruno, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Appeal quashed.

473 A.2d 672

Commonwealth v. Smith, Appellant.

600

Submitted January 5, 1984. Neil Lawrence Albert, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence is affirmed.

473 A.2d 672

Commonwealth v. Spencer, Appellant.

Submitted October 21, 1983. Anthony E. Jackson, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.

473 A.2d 672

Commonwealth v. Stansfield, Appellant.

Argued